1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
9
CENTRAL DISTRICT OF CALIFORNIA
10
11  DAVID CUMMINGS,                    ) Case No. CV 16-4891 AG(JC)
                                       )
12              Petitioner,            )
                                       )
13        v.                           ) ORDER ACCEPTING FINDINGS,
                                       ) CONCLUSIONS, AND
14                                     ) RECOMMENDATIONS OF
    D. ASUNCION,                       ) UNITED STATES MAGISTRATE
15                                     ) JUDGE
                                       )
16              Respondent.            )
                                       )
17  _____
18
19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First
20  Amended Petition for Writ of Habeas Corpus by a Person in State Custody
21  ("Petition") and all of the records herein, including the September 4, 2019 Report
    and Recommendation of United States Magistrate Judge ("Report and
22  Recommendation"), and petitioner's objections to the Report and Recommendation
23  ("Objections").  The Court has further made a *de novo* determination of those
24  portions of the Report and Recommendation to which objection is made.  The
25  Court concurs with and accepts the findings, conclusions, and recommendations of
26  the United States Magistrate Judge and overrules the Objections.
27
28
          IT IS HEREBY ORDERED that the Petition is denied, this action is

1 dismissed with prejudice and Judgment be entered accordingly.

2      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

3 the Judgment herein on petitioner and on respondent's counsel.

4      IT IS SO ORDERED.

5

6 DATED: November 21, 2019

7

8 _____

9 HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28