JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CUMMINGS, | ) | Case No. CV 16-4891 AG(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| D. ASUNCION, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: November 21, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE